# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                       **Case Nos. 1:92-cr-1001-AW-GRJ**
                                                        **1:19-cv-324-AW-GRJ**

**ERIC LOVEL BRENT,**

    **Defendant.**

_____/

## ORDER DENYING SECTION 2255 MOTION

This court has considered the magistrate judge's December 19, 2019 report and recommendation. ECF No. 129. The court has also considered de novo the issues raised in Defendant's objections. ECF No. 130. The report and recommendation is accepted and adopted as the Court's opinion, notwithstanding the Defendant's objections. The Clerk is directed to enter judgment stating, "This Section 2255 Motion is DENIED." A certificate of appealability is DENIED. The Clerk will close the file.

SO ORDERED on February 10, 2020.

                                                       s/ *Allen Winsor*
                                                       United States District Judge